# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 542 WAL 2014

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

LAMAR STEWART ALSTON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.